C. C. COWAN, Respondent, v. MALCOLM S. Mac-
DONALD et al., Administrator of ROBERT S.
MacDONALD, Deceased, Appellants.

St. Louis Court of Appeals, March 17, 1903.

Deposition: FEES OF COMMISSIONERS. The head notes of the case
of Paxson v. MacDonald, decided December 9, 1902, and reported
in 97 Mo. App. 165, is here referred to as applicable to this case.

Appeal from St. Lous Circuit Court.—*Hon. Warwick
Hough,* Judge.

AFFIRMED.

BLAND, P. J.—All the questions of law involved
in this appeal are settled against appellants' contention
by the cases of Watkins v. McDonald, 70 Mo. App. 357,
and Paxson v. MacDonald, 97 Mo. App. 165, 70 S. W.
1101. There is abundant evidence to support the justice
and reasonableness of plaintiff's account. The appeal
is without merit and the judgment is for the right party
and is affirmed. All concur.